**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **DANIEL ADAM ZARCO, SR.** | ) | **Case No. 13-25463** |
| | ) | |
| Debtors. | ) | **Honorable Jacqueline P. Cox** |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, Suite 680
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    A hearing on the fee applications and any objection to the Final Report will be held on October 15, 2015 at 9:30 a.m., before the Honorable Jacqueline P. Cox,, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: _____    By: /s/ David R. Herzog_____
                                                                   Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-25463 |
| | § | |
| DANIEL ADAM ZARCO, Sr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $10,091.03
*and approved disbursements of*     $175.51
*leaving a balance on hand of[1] :*     $9,915.52

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $9,915.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $1,759.10 | $0.00 | $1,759.10 |

Total to be paid for chapter 7 administrative expenses:     $1,759.10
Remaining balance:     $8,156.42

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $8,156.42

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $8,156.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,099.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | $5,412.91 | $0.00 | $4,852.16 |
| 2 | American Express Bank, FSB | $3,686.12 | $0.00 | $3,304.26 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $8,156.42 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

**UST Form 101-7-NFR (10/1/2010)**

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   «mnyTotalUnsecuredCreditorsSub_v2»
Remaining balance:   $0.00

Prepared By:   /s/ David R. Herzog
Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-25463-JPC
Daniel Adam Zarco, Sr.                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 2              Date Rcvd: Sep 08, 2015
                               Form ID: pdf006              Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2015.
```
db             +Daniel Adam Zarco, Sr.,    1936 S Maple Ave,    Berwyn, IL 60402-1550
20634380       +ADT,    Po Box 672279,    Dallas, TX 75267-2279
20634381       +American Express,    Po Box 981537,    El Paso, TX 79998-1537
22185633        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20634382       +Attorney Patrick Siegfried,    7316 Wisconsin Ave,    Suite 450,    Bethesda, MD 20814-2979
20634383       +Blackrock Lending Group, LLC,    525 B St,    Suite 2200,    San Diego, CA 92101-4474
20634389       +CMRE Financial Services, Inc,    3075 E Imperial Hwy,    #200,    Brea, CA 92821-6753
20634384       +Capital One,    Po Box 6492,    Carol Stream, IL 60197-6492
20634385       +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
22030359        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
20634386       +CepAmerica,    2100 Powell Street,    Suite 920,    Emeryville, CA 94608-1844
20634387       +CepAmerica Illinois LLP,    Po Box 582663,    Modesto, CA 95358-0070
20634388       +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
20634390       +Computer Credit, Inc,    640 West Fourth St,    Po Box 5238,    Winston Salem, NC 27113-5238
20662728       +Fox Excavating,    1305 S River St,    Batavia, IL 60510-9648
21089715       +Heart Care Center of Illinois,    Po Box 1180,    Sharpsburg, GA 30277-0964
20634392       +Illinois Collection Se,    8231 185th St,    Suite 100,    Tinley Park, IL 60487-9356
20634393       +Illinois Collection Service, Inc,    Po Box 1010,    Tinley Park, IL 60477-9110
20634394       +Illinois Laboratory Medicine,    Po Box 5966,    Carol Stream, IL 60197-5966
20745811       +Imperial Roofing,    1132 Collins St,    Joliet, IL 60432-1217
20634396       +JP Morgan Chase,    Po Box 78420,    Phoenix, AZ 85062-8420
20634397       +JP Morgan Chase,    1936 S Maple Ave,    Berwyn, IL 60402-1550
20634398       +Law Office of Ellen Michele Stern,    17630 El Mineral Rd,    Perris, CA 92570-7400
20634399       +Loyola Medicine,    Po Box 3266,    Milwaukee, WI 53201-3266
20634400       +Macneal Hospital,    Po Box 582663,    Modesto, CA 95358-0070
20634402       +Medical Recovery Specialists, Inc,    2250 E Devon Ave,    Ste 352,    Des Plaines, IL 60018-4519
20634403       +Metropolitan Advanced Radiological,    1362 Polysphere Circle,    Chicago, IL 60674-0013
21089716       +Millennia Patient Services,    Po Box 1180,    Sharpsburg, GA 30277-0964
20634404        Municipality of Bridgeview,    7500 S Okefo,    Justice, IL 60458
20634407       +Nationwide Credit & Collection,    Po Box 3159,    Oak Brook, IL 60522-3159
20634406       +Nationwide Credit & Collection,    9919 W Roosevelt Rd,    Suite 101,
                 Westchester, IL 60154-2771
20634410       +One Main Financial,    300 Saint Paul Pl,    BSP13A,    Baltimore, MD 21202-2120
20634409       +One Main Financial,    7108 W Cermak Rd,    Suite A,    Berwyn, IL 60402-2121
20634411       +Primary Care Associates, Ltd,    6840 Windsor Ave,    Berwyn, IL 60402-3486
20634412       +Quick Bridge Funding,    3745 W Chapman Ave,    Suite 200,    Orange, CA 92868-1656
20634413       +Rapid Advance,    7316 Wisconsin Ave,    Suite 330,    Bethesda, MD 20814-2907
20634414       +Rush Oak Park ER Physicians,    Dept 4672,    Carol Stream, IL 60122-0001
20634415       +Rush Oak Park Hospital,    520 S Maple Ave,    Oak Park, IL 60304-1097
20634416       +SRA Association, Inc,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914
20634417       +Stanislaus Credit Central,    914 14th St,    Modesto, CA 95354-1011
20634418       +State Collection Services,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20634419       +State Collection Svs,    Po Box 6250,    Madison, WI 53716-0250
20634420       +Stephen K. Andrews PC,    9247 N Meridian St,    Suite 101,    Indianapolis, IN 46260-1813
20634421       +Tek-Collect,    Po Box 1269,    Columbus, OH 43216-1269
20634422       +Thomas E. McKenna Jr. DDS PC,    482 S Spring Rd,    Elmhurst, IL 60126-3858
20634423       +Wells Fargo Dealer Services,    Po Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20634395       +E-mail/Text: cio.bncmail@irs.gov Sep 09 2015 01:26:35      Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
20634401       +E-mail/Text: karaiza@mcsicollections.com Sep 09 2015 01:28:50      MCSI,    7330 College Dr,
                 Palos Heights, IL 60463-1186
20634405       +E-mail/Text: karaiza@mcsicollections.com Sep 09 2015 01:28:50
                 Municpal Collection Services, Inc,    Po Box 327,    Palos Heights, IL 60463-0327
20634424       +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 09 2015 01:27:20      Westlake Financial,
                 Po Box 54807,    Los Angeles, CA 90054-0807
                                                                                               TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21089717*      +Illinois Collection Se,    8231 185th St,    Suite 100,    Tinley Park, IL 60487-9356
21089718*      +Illinois Collection Service, Inc,    Po Box 1010,    Tinley Park, IL 60477-9110
20634391      ##+Guardian Portfolio Services, Inc,    13079 North Telecom Pkwy,    Tampa, FL 33637-0926
20634408      ##+Nationwide Credit & Collections,    815 Commerce Dr,    Suite 100,    Oak Brook, IL 60523-8839
                                                                                               TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2            Date Rcvd: Sep 08, 2015
                              Form ID: pdf006             Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2015 at the address(es) listed below:
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Kevin C. Driscoll    on behalf of Creditor    JPMorgan Chase Bank, N.A. kevin.driscoll@btlaw.com,
               jriazi@btlaw.com;ddotts@btlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G. Fonfrias    on behalf of Debtor Daniel Adam Zarco, Sr. flgbkcourtmail@gmail.com,
               rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
               bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
                                                                                             TOTAL: 4
```