# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-25463 |
| | § | |
| DANIEL ADAM ZARCO, Sr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $215,013.00 | Assets Exempt: | $4,540.00 |
| Total Distributions to Claimants: | $8,156.42 | Claims Discharged Without Payment: | $942.61 |
| Total Expenses of Administration: | $1,934.61 | | |

3) Total gross receipts of $10,091.03 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $10,091.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,934.61 | $1,934.61 | $1,934.61 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $9,099.03 | $9,099.03 | $8,156.42 |
| **Total Disbursements** | $0.00 | $11,033.64 | $11,033.64 | $10,091.03 |

4). This case was originally filed under chapter 7 on 06/20/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/12/2016</u>  By: <u>/s/ David R. Herzog</u>
　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account 5889 Chase Bank **No cash value, overdrawn** | 1129-000 | $10,091.03 |
| **TOTAL GROSS RECEIPTS** | | $10,091.03 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,759.10 | $1,759.10 | $1,759.10 |
| Arthur B. Levine Company | 2300-000 | NA | $7.19 | $7.19 | $7.19 |
| Bank of Texas | 2600-000 | NA | $168.32 | $168.32 | $168.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,934.61 | $1,934.61 | $1,934.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $5,412.91 | $5,412.91 | $4,852.16 |
| 2 | American Express Bank, FSB | 7100-000 | $0.00 | $3,686.12 | $3,686.12 | $3,304.26 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $9,099.03 | $9,099.03 | $8,156.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 13-25463-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ZARCO, Sr., DANIEL ADAM | Date Filed (f) or Converted (c): | 06/20/2013 (f) |
| For the Period Ending: | 2/12/2016 | §341(a) Meeting Date: | 08/12/2013 |
| | | Claims Bar Date: | 08/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Primary Residence 3BR 2BA Single Family Home 1936 S Maple Ave Berwyn IL 60402 Purchased 11/04, $260,000 | $208,438.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account 5889 Chase Bank **No cash value, overdrawn** | $8,647.10 | $10,091.03 | | $10,091.03 | FA |
| 3  Business Checking Account 6900 Citibank | $50.00 | $0.00 | | $0.00 | FA |
| 4  Business Checking Account 9521 US Bank | $50.00 | $0.00 | | $0.00 | FA |
| 5  Misc. Household Goods and Furnishings | $2,100.00 | $0.00 | | $0.00 | FA |
| 6  Misc. Collectibles | $50.00 | $0.00 | | $0.00 | FA |
| 7  Misc. Wearing Apparel | $1,200.00 | $0.00 | | $0.00 | FA |
| 8  Misc. Jewelry | $560.00 | $0.00 | | $0.00 | FA |
| 9  Swimming pool | $100.00 | $0.00 | | $0.00 | FA |
| 10  49% Owner/member Unitech Building Systems, LLC **No cash value, disclosure only** | $0.00 | $0.00 | | $0.00 | FA |
| 11  2003 Lincoln Navigator 128,000 Miles | $6,575.00 | $0.00 | | $0.00 | FA |
| 12  Computer, printer | $180.00 | $0.00 | | $0.00 | FA |
| 13  Adult dog **No cash value, disclosure only** | $0.00 | $0.00 | | $0.00 | FA |
| 14  Tools and equipment used in yard and home maintenance | $250.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | $228,200.10 | $10,091.03 | | $10,091.03 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
File asset report, review claims, and file final report.

| Initial Projected Date Of Final Report (TFR): | 12/31/2014 | Current Projected Date Of Final Report (TFR): | 12/31/2014 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-25463-6 | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ZARCO, Sr., DANIEL ADAM | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9309 | | | Checking Acct #: | ******0210 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 6/20/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2014 | (2) | Chase | Turnover of funds from bank account | 1129-000 | $10,090.95 | | $10,090.95 |
| 07/25/2014 | (2) | Chase | Turnover of funds from bank account | 1129-000 | $0.08 | | $10,091.03 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $10,081.03 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.26 | $10,064.77 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.71 | $10,049.06 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.21 | $10,032.85 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.66 | $10,017.19 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.16 | $10,001.03 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.13 | $9,984.90 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $14.55 | $9,970.35 |
| 03/20/2015 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $7.19 | $9,963.16 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.08 | $9,947.08 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.54 | $9,931.54 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.02 | $9,915.52 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.48 | $9,900.04 |
| 07/01/2015 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($15.48) | $9,915.52 |
| 10/15/2015 | 3002 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,759.10 | $8,156.42 |
| 10/15/2015 | 3003 | Capital One Bank (USA), N.A. | Distribution Dividend: 89.64; Account Number: ; | 7100-000 | | $4,852.16 | $3,304.26 |
| 10/15/2015 | 3004 | American Express Bank, FSB | Distribution Dividend: 89.64; Account Number: ; | 7100-000 | | $3,304.26 | $0.00 |

| | | | | SUBTOTALS | $10,091.03 | $10,091.03 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-25463-6 | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | ZARCO, Sr., DANIEL ADAM | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9309 | Checking Acct #: | ******0210 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 6/20/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $10,091.03 | $10,091.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,091.03 | $10,091.03 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,091.03 | $10,091.03 | |

| For the period of 6/20/2013 to 2/12/2016 | | For the entire history of the account between 07/25/2014 to 2/12/2016 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $10,091.03 | Total Compensable Receipts: | $10,091.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,091.03 | Total Comp/Non Comp Receipts: | $10,091.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10,091.03 | Total Compensable Disbursements: | $10,091.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,091.03 | Total Comp/Non Comp Disbursements: | $10,091.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-25463-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ZARCO, Sr., DANIEL ADAM | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9309 | Checking Acct #: | ******0210 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 6/20/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,091.03 | $10,091.03 | $0.00 |

| For the period of 6/20/2013 to 2/12/2016 | | For the entire history of the case between 06/20/2013 to 2/12/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,091.03 | Total Compensable Receipts: | $10,091.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,091.03 | Total Comp/Non Comp Receipts: | $10,091.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $10,091.03 | Total Compensable Disbursements: | $10,091.03 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,091.03 | Total Comp/Non Comp Disbursements: | $10,091.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG